| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 03/30/22 |

ZURICH AMERICAN INSURANCE COMPANY,

       Plaintiffs,

v.

UNITED SPECIALTY INSURANCE COMPANY,

       Defendants.

21-CV-5443 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that the parties shall appear for a status conference on April 1, 2022 at 10:30 a.m. The Court will hold this conference by telephone and the parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated: March 30, 2022
    New York, New York

                 _____
                 RONNIE ABRAMS
                 United States District Judge